UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROZANN M. SOUSA, et al.,<br><br>Defendants. | Case No. 3:18-cv-03265-EMC (KAW)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE REFERRAL**<br><br>Re: Dkt. No. 55 |

On November 8, 2019, this case was randomly reassigned to Magistrate Judge Kandis A. Westmore for settlement due to the retirement of Magistrate Judge Elizabeth Laporte. (Dkt. No. 55.) The Court understands that the parties have reached a tentative settlement agreement, but require additional time to determine if they are able to comply with the terms of the tentative agreement. (Dkt. No. 53 at 2.) Regardless, the parties are invited to contact Judge Westmore's chambers at KAWsettlement@cand.uscourts.gov should they require her assistance.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge